UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CHARLES S. WEEMS, IV, et al.,

    Appellants,

Case No.: **25-10154-B**
LT Case: 3:23-cv-00811-MMH-LLL

v.

ASSOCIATION OF RELATED
CHURCES, et al.,

    Appellees.
_____/

## APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants, Charles Stovall Weems, IV, Kerri Weems, Celebration Global, Inc., Honey Lake Farms, Inc., NorthStream Management Group, LLC, and Weems Group, LLC, by counsel, and pursuant to FRAP 26.1 and 11th Cir. R. 26.1-1(a), hereby submit this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

    1.    Association of Related Churches [Appellee]

    2.    Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. [Attorney for Appellee, Dino Rizzo]

    3.    Carlisle, John A. [Attorney for Appellee, Chris Hodges]

    4.    Celebration Church of Jacksonville, Inc. [Non-Party]

5. Celebration Global, Inc. [Appellant]

6. George, Robert B. [Attorney for Appellee, Chris Hodges]

7. Hayes, David A. [Attorney for Appellants]

8. Hodges, Chris [Appellee]

9. Honey Lake Farms, Inc [Appellant]

10. Horovitz, Samuel J. [Attorney for Non-Party, John Siebeling]

11. Hulsberg, Sarah Jeck [Former Attorney for Appellee, Association of Related Churches]

12. Kelley, Brian G. [Attorney for Non-Party, John Siebeling]

13. Lockamy, Michael E. [Attorney for Appellee, Dino Rizzo]

14. McCarthy, II, Edward [Attorney for Non-Party, John Siebeling]

15. Murphy & Anderson, P.A. [Attorney for Appellee, Association of Related Churches]

16. Murphy, Niels P. [Attorney for Appellee, Association of Related Churches]

17. NorthStream Management Group, LLC [Appellant]

18. Rizzo, Dino [Appellee]

19. Siebeling, John [Non-Party/Former Defendant]

20. The Liles Firm, P.A. [Attorneys for Appellee, Chris Hodges]

21. Turkel Cuva Barrios, P.A. [Attorneys for Appellants]

22. Vogt, Shane B. [Attorney for Appellants]

23. Wedekind, III, Lee D. [Non-Party]

24. Weems, IV, Charles S. [Appellant]

25. Weems Group, LLC [Appellant]

26. Weems, Kerri [Appellant]

27. Woodlee, John G. [Attorney for Appellee, Dino Rizzo]

/s/ *Shane B. Vogt*
Shane B. Vogt – FBN 257620
E-mail: svogt@tcb-law.com
David A. Hayes - FBN 096657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193

*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2025, I caused a true and correct copy of the foregoing document was filed with the Court's E-Filing Portal, which will send electronic notice to all counsel of record.

/s/ *Shane B. Vogt*
Attorney