# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

_____ *vs.* _____ Appeal No. _____

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ Submitted by:

Signature: _____

Name: _____ Prisoner # (if applicable): _____

Address: _____

Telephone #: _____

Rev.: 2/23

George, Robert B. (Counsel for Appellee Chris Hodges)

Hayes, David A. (Counsel for Appellants)

Hodges, Chris (Appellee)

Holland & Knight, LLP (Law firm of former counsel for Appellee Chris Hodges)

Honey Lake Farms, Inc. (Appellant)

Horovitz, Samuel J. (Former counsel for Non-Party John Seibeling)

Howard, Marcia Morales (District Judge)

Hulsberg, Sarah J. (Former counsel for Appellee Association of Related Churches)

Kelley, Brian G. (Counsel for Non-Party John Seibeling)

Lambert, Laura Lothman (Magistrate Judge)

Lockamy, Michael E. (Counsel for Appellee Dino Rizzo)

McCarthy, III, Edward (Counsel for Non-Party John Seibeling)

Murphy & Anderson, P.A. (Counsel for Appellee Association of Related Churches)

# Case No. 25-10154-B
# Charles S. Weems, IV v. Association of Related Churches

Murphy, Niels P. (Counsel for Appellee Association of Related Churches)

Northstream Management Group, LLC (Appellant)

Rizzo, Dino (Appellee)

Rogers Towers, P.A. (Law firm of counsel for John Seibeling)

Seibeling, John (Non-Party/Former Defendant)

The Liles Firm, P.A. (Counsel for Appellee Chris Hodges)

Thomas, Milo S. (Former counsel for Appellee Chris Hodges)

Turkel Cuva Barrios, P.A. (Law firm of counsel for Appellants)

Vogt, Shane B. (Counsel for Appellants)

Wedekind, III, Lee D. (Non-Party)

Weems, IV, Charles S. (Appellant)

Weems, Kerri (Appellant)

Weems Group, LLC (Appellant)

Woodlee, John G. (Counsel for Appellee Dino Rizzo)