No. 25-10154-CC

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CHARLES S. WEEMS, IV, ET AL.,
Appellants,

VS.

ASSOCIATION OF RELATED CHURCHES, ET AL.,
Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
NO. 3:23-CV-00811-MMH

# UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
# FOR ALL APPELLANTS

Shane B. Vogt – FBN 257620
David A. Hayes - FBN 096657
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street Suite 1900
Tampa, Florida 33602
(813) 834-9191

*Attorneys for Appellants*
*Charles S. Weems, IV, Kerri Weems, Celebration Global, Inc., Honey Lake Farms, Inc., Northstream Management Group, LLC, and Weems Group, LLC*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to FRAP 26.1 and 11th Cir. R. 26.1-1(a), counsel of record for Appellants hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement and certify that the following persons have an interest in the outcome of this appeal:

1. Association of Related Churches [Appellee]
2. Barksdale, Oliver D. [Attorney for Appellee, Dino Rizzo]
3. Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. [Attorney for Appellee, Dino Rizzo]
4. Carlisle, John A. [Attorney for Appellee, Chris Hodges]
5. Celebration Church of Jacksonville, Inc. [Non-Party]
6. Celebration Global, Inc. [Appellant]
7. Coxe, Henry M. [Attorney for Appellee, Dino Rizzo]
8. George, Robert B. [Attorney for Appellee, Chris Hodges]
9. Gray, Vanessa [Attorney for Appellee, Association of Related Churches]
10. Hayes, David A. [Attorney for Appellants]
11. Hodges, Chris [Appellee]
12. Honey Lake Farms, Inc [Appellant]
13. Horovitz, Samuel J. [Attorney for Non-Party, John Siebeling]
14. Howard, Marcia Morales [District Judge]

15. Hulsberg, Sarah Jeck [Former Attorney for Appellee, Association of Related Churches]

16. Kelley, Brian G. [Attorney for Non-Party, John Siebeling]

17. Lambert, Laura Lothman [Magistrate Judge]

18. Lockamy, Michael E. [Attorney for Appellee, Dino Rizzo]

19. McCarthy, II, Edward [Attorney for Non-Party, John Siebeling]

20. Murphy & Anderson, P.A. [Attorney for Appellee, Association of Related Churches]

21. Murphy, Niels P. [Attorney for Appellee, Association of Related Churches]

22. NorthStream Management Group, LLC [Appellant]

23. Rizzo, Dino [Appellee]

24. Siebeling, John [Non-Party/Former Defendant]

25. The Liles Firm, P.A. [Attorneys for Appellee, Chris Hodges]

26. Turkel Cuva Barrios, P.A. [Attorneys for Appellants]

27. Vogt, Shane B. [Attorney for Appellants]

28. Wedekind, III, Lee D. [Non-Party]

29. Weems, IV, Charles S. [Appellant]

30. Weems Group, LLC [Appellant]

31. Weems, Kerri [Appellant]

32. Woodlee, John G. [Attorney for Appellee, Dino Rizzo]

Dated:  March 25, 2025.                    Respectfully submitted,

*/s/ Shane B. Vogt*
Shane B. Vogt – FBN 257620
LEAD COUNSEL
E-mail:  svogt@tcb-law.com
David A. Hayes - FBN 096657
E-mail:  dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Appellants*

# UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR ALL APPELLANTS, CHARLES S. WEEMS, IV, KERRI WEEMS, CELEBRATION GLOBAL, INC., HONEY LAKE FARMS, INC., NORTHSTREAM MANAGEMENT GROUP, LLC, AND WEEMS GROUP, LLC

Counsel for Appellants, Shane B. Vogt, David A. Hayes, and Turkel Cuva Barrios, P.A. (collectively, "TCB"), respectfully move for the entry of an order allowing their withdrawal as counsel for Charles S. Weems, IV, Kerri Weems, Celebration Global, Inc., Honey Lake Farms, Inc., Northstream Management Group, LLC, and Weems Group, LLC (collectively, "Appellants") in this appeal and state in support as follows:

1. Professional considerations and irreconcilable differences have recently arisen between TCB and Appellants which dictate that TCB terminate representation of Appellants and withdraw as their counsel of record in this appeal.

2. When Appellants retained TCB to represent them they did so pursuant to an agreement with TCB containing terms of representation with which Appellants have not complied.

3. TCB has informed Appellants of its intent to withdraw as their counsel of record in this appeal, and in doing so also specifically informed Celebration Global, Inc., Honey Lake Farms, Inc., Northstream Management

Group, LLC, and Weems Group, LLC that as corporations they cannot proceed *pro se* and must be represented by counsel in this appeal.

4. If permitted to withdraw, TCB will take all steps necessary to avoid harming Appellants' interests such that TCB's withdrawal will not result in material adverse effect on Appellants' interests.

5. If permitted to withdraw, TCB respectfully requests that Appellants be granted thirty (30) days from the date of the order granting this motion to obtain new counsel and that their deadline to file the Initial Brief also be extended accordingly, pursuant to FRAP 31 and 11th Cir. R. 31-1(b).

6. This Motion is not being filed to delay, hinder or frustrate a timely resolution to these proceedings.

7. TCB conferred with counsel for each of the Appellees concerning the relief requested in this motion. On March 24, 2025, counsel for all Appellees confirmed that each of the Appellees consent to the withdrawal of TCB and the relief sought in this motion.

8. TCB has served Appellants with a copy of this Motion to Withdraw via certified mail at their last known addresses, which are:

Charles S. Weems, IV
16073 Shellcracker Road
Jacksonville, FL 32226

Kerri Weems
16073 Shellcracker Road
Jacksonville, FL 32226

Celebration Global, Inc.
2627 Belfort Road
Jacksonville, FL 32216

Honey Lake Farms, Inc.
2627 Belfort Road
Jacksonville, FL 32216

Northstream Management Group, LLC
2627 Belfort Road
Jacksonville, FL 32216

Weems Group, LLC
2627 Belfort Road
Jacksonville, FL 32216

WHEREFORE, Shane B. Vogt, David A. Hayes, and the law firm of Turkel, Cuva, Barrios, P.A., respectfully request that this Honorable Court grant their motion to withdraw as counsel for Appellants, Charles S. Weems, IV, Kerri Weems, Celebration Global, Inc., Honey Lake Farms, Inc., Northstream Management Group, LLC, and Weems Group, LLC, relieve Shane B. Vogt, David A. Hayes, and the law firm of Turkel, Cuva, Barrios, P.A. of any further responsibility of representation in this cause, grant Appellants thirty (30) days to obtain new counsel, extend Appellants' deadline to file their Initial Brief, and grant such other and further relief as may be just and appropriate.

Dated:  March 25, 2025.                             Respectfully submitted,

*/s/ Shane B. Vogt*
Shane B. Vogt – FBN 257620
LEAD COUNSEL
E-mail:  svogt@tcb-law.com
David A. Hayes - FBN 096657
E-mail:  dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Appellants*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-face requirements of FRAP 32(c) and the type-style requirements of FRAP 32, as mandated by FRAP 27(d)(1)(e). This Motion has been prepared in 14-point Calisto MT, which is a proportionately spaced font that includes serifs. This Motion complies with the type-volume limitations in FRAP 27(d)(2)(A) because it contains 535 words.

*/s/ Shane B. Vogt*
Shane B. Vogt – FBN 257620
LEAD COUNSEL
E-mail: svogt@tcb-law.com
David A. Hayes - FBN 096657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Appellants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the Court's CM/ECF system on this 25th day of March, 2025, which will send electronic notice to all counsel of record.

/s/ *Shane B. Vogt*
Shane B. Vogt – FBN 257620
LEAD COUNSEL
E-mail: svogt@tcb-law.com
David A. Hayes - FBN 096657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Appellants*

# CERTIFICATE OF SERVICE ON APPELLANTS

I FURTHER CERTIFY that on March 25, 2025, I caused a true and correct copy of the foregoing to be served via **CERTIFIED MAIL, RETURN RECEIPT REQUESTED** upon the following:

Charles S. Weems, IV
16073 Shellcracker Road
Jacksonville, FL 32226

Kerri Weems
16073 Shellcracker Road
Jacksonville, FL 32226

Celebration Global, Inc.
2627 Belfort Road
Jacksonville, FL 32216

Honey Lake Farms, Inc.
2627 Belfort Road
Jacksonville, FL 32216

Northstream Management Group, LLC
2627 Belfort Road
Jacksonville, FL 32216

Weems Group, LLC
2627 Belfort Road
Jacksonville, FL 32216

/s/ *Shane B. Vogt*
Attorney