# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Charles S. Weems, IV, et al. *vs.* Association of Related Churches et al.  Appeal No. 25-10154

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court.  **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. ***(Please type or print legibly)***:

Association of Related Churches (defendant)

Balogh, Bryan O. (former counsel)

Barksdale, Oliver D. (counsel)

Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. (law firm)

Buchalter, A Professional Corporation (law firm)

Burr & Forman LLP (law firm of former counsel)

Carlisle, John A. (counsel)

Celebration Global, Inc. (plaintiff)

Clough, John C. (counsel)

Coxe, Henry M. III (counsel)

[Continued on next page.]

Submitted by:
Signature: /s/ Edward McCarthy, III
Name: Edward McCarthy, III       Prisoner # (if applicable): _____
Address: 1301 Riverplace Blvd., Suite 1500, Jacksonville, FL 32207
Telephone #: 904-346-5730

Charles S. Weems, IV, et al. v. Association
of Related Churches et al.
Case No. 25-10154

George, Robert B. (counsel)

Gray, Vanessa N. (counsel)

Hayes, David A. (counsel)

Hodges, Chris (defendant)

Holland & Knight, LLP (law firm of former counsel)

Honey Lake Farms, Inc. (plaintiff)

Horovitz, Samuel J. (former counsel)

Howard, Marcia Morales (District Judge)

Hulsberg, Sarah J. (former counsel)

Kelley, Brian G. (counsel)

Lambert, Laura Lothman (Magistrate Judge)

Lockamy, Michael E. (counsel)

McCarthy, Edward III (counsel)

Murphy, Niels P. (counsel)

Murphy & Anderson, P.A. (law firm)

Northstream Management Group, LLC (plaintiff)

Rizzo, Dino (defendant)

Rogers Towers, P.A. (law firm)

Siebeling, John (former defendant)

The Liles Firm, P.A. (law firm)

Thomas, Milo S. (former counsel)

[Continued on next page.]

Charles S. Weems, IV, et al. v. Association
of Related Churches et al.
Case No. 25-10154

Turkel Cuva Barrios, P.A. (law firm of former counsel)

Vogt, Shane B. (former counsel)

Weems, Charles S. IV (plaintiff)

Weems, Kerri (plaintiff)

Weems Group, LLC (plaintiff)

Woodlee, John G. (counsel)