# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 25-10154
_____

CHARLES S. WEEMS, IV,
an individual,
KERRI WEEMS,
an individual,
CELEBRATION GLOBAL, INC.,
a Florida not for profit corporation,
HONEY LAKE FARMS, INC.,
a Florida not for profit corporation,
NORTHSTREAM MANAGEMENT GROUP, LLC,
a Florida limited liability company, et al.,

                                            Plaintiffs-Appellants,

*versus*

ASSOCIATION OF RELATED CHURCHES,
a Texas not-for-profit corporation,
CHRIS HODGES,
individually,

DINO RIZZO,
individually,

Defendants-Appellees,

JOHN SIEBELING,
individually,

Defendant.

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:23-cv-00811-MMH-LLL

---

ORDER:

The motion to substitute Edward McCarthy, III, and Brian G. Kelley of Rogers Towers, P.A. as counsel of record for Defendant-Appellee Chris Hodges, in place of Robert B. George, Esquire, of The Liles Firm, P.A., is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE