UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| David J. Smith | For rules and forms visit |
|---|---|
| Clerk of Court | www.ca11.uscourts.gov |

September 23, 2025

Daniel Howard Blomberg
The Becket Fund for Religious Liberty
1919 PENNSYLVANIA AVE NW STE 400
WASHINGTON, DC 20006

Appeal Number: 25-10154-EE
Case Style: Charles Weems, IV, et al v. Association of Related Churches, et al
District Court Docket No: 3:23-cv-00811-MMH-LLL

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Motion for leave to file amicus brief filed by Attorney Daniel Howard Blomberg for Not Party The Becket Fund for Religious Liberty. Reason(s) no action being taken on filing(s): The filing is deficient for failure to comply with this Court's rules on Certificates of Interested Persons and Corporate Disclosure Statements. See 11th Cir. R. 26.1-1. The motion and Amicus brief do not include a complete Certificate of Interested Persons. Please file a corrected motion and brief within 14 days.

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

- not including a CIP in your filing. See 11th Cir. R. 26.1-1(a)(1).

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135    Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument: 404-335-6141

Notice No Action Taken