**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                              In Replying Give Number
Clerk                                                                        Of Case and Names of Parties

March 2, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JUNE 22, 2026, IN JACKSONVILLE, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

------------------------------------------------------------------------------------------------------------------------

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #18.*

| | |
|---|---|
| 24-13351 | James Tucker, Jr. et al. v. Marina Management Corp. (REVISED ARGUMENT DATE) |
| 24-12770 | Kinsale Insurance Company v. Venetian Hills Apartments, LLC, et al. (REVISED ARGUMENT DATE) |
| 24-10132 | Commodity Futures Trading Commission v. Michael Dacorta |
| 25-11558 | Lucille Rubin v. Ronald Rubin, et al. (REVISED ARGUMENT DATE) |
| 24-13470 | The Coca-Cola Company and Subsidiaries v. Commissioner of Internal Revenue (REVISED ARGUMENT DATE) |
| 24-11532 | United States v. Torri McLaurin |
| 24-13762 | United States v. Jorge Perez, et al. |
| 24-12640 | United States v. Michael Tollen |
| 23-10774 | United States v. Daniel King |
| 24-10868 | Ali Erenler v. TJM Columbus, LLC et al. |
| 25-12507 | Venetian Isle, Inc. v. Assured Partners of Florida, LLC, et al. |
| 24-12617 | United States v. Aaron Zahn |
| 24-13579 | United States v. Cristian Ponce |
| 25-10182 | Aegis Asset Trust, et al. v. Richard Dauval, et al. (Consolidated with 25-10189, Monier Rahall, et al. v. Jamie Rand, et al.) |
| 25-11330 | Sandra Carrin v. Shauna Smiledge, et al. |
| 25-10154 | Charles Weems, IV, et al. v. Association of Related Churches |