**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                               In Replying Give Number
Clerk                                                        Of Case and Names of Parties

March 27, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JULY 27, 2026, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).   An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor
---------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #21.***

| | |
|---|---|
| 24-12604 | Derrel Thomas v. Matthew Beebe, et al. (REVISED ARGUMENT DATE) |
| 24-10553 | Colbum Kelly v. Cody Jett, et al. (REVISED ARGUMENT DATE) |
| 23-12184 & 24-10419 | Nicholas Sarat-Lopez v. U.S. Attorney General |
| 25-10154 | Charles Weems, IV, et al. v. Association of Related Churches, et al. (REVISED ARGUMENT DATE) |
| 25-11698 | Colleen McGuigan v. Thomas Murray, et al. (REVISED ARGUMENT DATE) |
| 25-11298 | Joy Laskar v. Phillip Hurd, et al. |
| 25-12691 | Masis Staffing Solutions, LLC v. Occupational Safety and Health Administration, et al. |
| 24-12916 | United States v. Latona Lambert |
| 22-10089 | Rafael Cendan v. Jose Trujillo, et al. (REVISED ARGUMENT DATE) |
| 25-11578 | The Farmwork Association of Florida, Inc., et al. v. Attorney General, State of Florida et al. |
| 25-12770 | Tamara Ogier, et al. v. International Follies, Inc. |
| 25-12801 | Shabaka Fletcher v. Verida, Inc., et al. |
| 25-10933 | Clark Chamberlin, et al. v. Michael Goldberg |
| 25-11319 | Edwin Silva v. Experian Information Solutions, Inc., et al. |
| 25-10606 | First Solar Electric LLC v. Zurich American Insurance Company |
| 25-11573 | Laquana Alexander v. Patrick Labat |