**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                     In Replying Give Number
Clerk                                                             Of Case and Names of Parties

April 10, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **AUGUST 10, 2026, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).   An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor
------------------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #22.***

25-10609 & 25-10611   United States v. Thomas Addaquay (REVISED ARGUMENT DATE)
25-11320        Donna Curling, et al. v. David Worley, et al. (REVISED ARGUMENT DATE)
24-11799        Ricky Johnson v. Heather Turner, et al. (REVISED ARGUMENT DATE)
25-11085        J L Minerals, LLC v. Commissioner of Internal Revenue (REVISED ARGUMENT DATE)
25-11639        Kirk Fields v. Kyle Howse, et al. (REVISED ARGUMENT DATE)
25-11778        Freddie Cagle v. National Indemnity Company of the South (REVISED ARGUMENT DATE)
28-11698        Colleen McGuigan v. Thomas Murray, et al. (REVISED ARGUMENT DATE)
25-10154        Charles Weems, IV, et al. v. Association of Related Churches (REVISED ARGUMENT DATE)
23-10653        United States v. Jose Brown (REVISED ARGUMENT DATE)
25-12126        Seabrook Property, LLC v. Commissioner of Internal Revenue
25-10166        Juan Hernandez-Landaverde v. U.S. Attorney General
25-12624        Beaverdam Creek Holdings, LLC, et al. v. Commissioner of Internal Revenue
25-10973        Carl Charles, et al. v. Attorney General, State of Alabama, et al.
25-11382        Andrew Filipowski v. Commissioner of Internal Revenue
25-12050        Alejandro Roche v. TECO Energy, Inc. et al.
25-14109 & 26-10508   Building Resilient Infrastructure & Developing Greater Equity, Inc. v. Consumer Financial Protection Bureau, et al.