# No. 25-10154

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

CHARLES S. WEEMS, IV, KERRI WEEMS, CELEBRATION GLOBAL, INC., HONEY LAKE FARMS, INC., NORTHSTREAM MANAGEMENT GROUP, LLC AND WEEMS GROUP, LLC

*Plaintiffs-Appellants,*

vs.

ASSOCIATION OF RELATED CHURCHES, CHRIS HODGES AND DINO RIZZO,

*Defendants-Appellees.*

On Appeal From The United States District Court For The Middle District Of Florida, The Hon. Marcia Morales Howard, District Judge
Case No. 3:3-Cv-811-Mmh-Lll

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLANTS CHARLES S. WEEMS, IV, KERRI WEEMS, CELEBRATION GLOBAL, INC., HONEY LAKE FARMS, INC., NORTHSTREAM MANAGEMENT GROUP, LLC AND WEEMS GROUP, LLC

JOHN C. CLOUGH (Bar No: 0184391)
BUCHALTER LLP
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400

*Attorneys for Plaintiffs and Appellants*
Charles S. Weems, IV, Kerri Weems, Celebration Global, Inc., Honey Lake Farms, Inc., NorthStream Management Group, LLC and Weems Group, LLC

# No. 25-10154

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

CHARLES S. WEEMS, IV, ET AL.

*Plaintiffs-Appellants,*

VS.

ASSOCIATION OF RELATED CHURCHES, ET AL.

*Defendants-Appellees.*

---

## APPELLANTS' CERTIFICATE OF INTERESTED PERSONS

Counsel of Record for Appellants certified that the certificate of interested

parties and corporate disclosure statement filed in this appeal as ECF 8 is correct.

Plaintiffs only add their new counsel, not listed in that filing here:

John Clough, counsel for each and all of the plaintiffs and appellants:  Charles

Stovall Weems, IV, Kerri Weems, Celebration Global, Inc. Hone Lake Farms, Inc.,

NorthStream Management Group, LLP and Weems Group, LLC.

DATED:  June 15, 2026          Respectfully submitted,

BUCHALTER LLP

By:  *s / John C. Clough*

JOHN C. CLOUGH

*Attorneys for Plaintiffs and Appellants* Charles S. Weems, IV, Kerri Weems, Celebration Global, Inc., Honey Lake Farms, Inc., NorthStream Management Group, LLC and Weems Group, LLC

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

CHARLES S. WEEMS, IV, ET AL.

*Plaintiffs-Appellants,*

vs.

ASSOCIATION OF RELATED CHURCHES, ET AL.

*Defendants-Appellees.*

---

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLANTS
CHARLES STOVALL WEEMS, IV, KERRI WEEMS, CELEBRATION
GLOBAL, INC. HONE LAKE FARMS, INC., NORTHSTREAM
MANAGEMENT GROUP, LLP AND WEEMS GROUP, LLC**

Counsel for Appellants Charles Stovall Weems, IV, Kerri Weems, Celebration Global, Inc. Hone Lake Farms, Inc., NorthStream Management Group, LLP and Weems Group, LLC (Appellants), attorney John C. Clough and the law firm of Buchalter LLP, move this Court to enter an order allowing their withdrawal as counsel of record for Appellants. In further support, Counsel states the following:

1.       Professional considerations require that Counsel terminate representation of Appellants.

2.       When Appellants retained Counsel to represent them in this appeal and related litigation, Appellants entered into an agreement with Counsel governing the

terms of the representation. Appellants have failed to abide by the terms of that agreement and have failed to substantially fulfill their obligations to Counsel.

3. Counsel has notified Appellants of its intent to withdraw and has informed Charles Stovall Weems, IV, Kerri Weems, Celebration Global, Inc. Hone Lake Farms, Inc., NorthStream Management Group, LLP and Weems Group, LLC that they may not proceed pro se in the case. Counsel has served Appellants at their last know addresses and business addresses with a copy of its Motion to Withdraw as Counsel.

4. If permitted to withdraw, Counsel will take all steps necessary to avoid harming Appellants' interests. Counsel's withdrawal will not result in a material adverse effect on Appellants' interests.

5. If permitted to withdraw, Counsel requests that Appellants be given thirty days in which to hire new counsel.

6. If permitted to withdraw, Counsel requests an extension of thirty days for all pending deadlines.

7. Counsel has notified Counsel for Appellees of this request to withdraw.

WHEREFORE, Counsel respectfully requests that the Court grant this Motion to Withdraw.

Respectfully submitted,

BUCHALTER LLP

By: _s / John C. Clough_

JOHN C. CLOUGH
*Attorneys for Plaintiffs and Appellants*
Charles S. Weems, IV, Kerri Weems,
Celebration Global, Inc., Honey Lake
Farms, Inc., NorthStream Management
Group, LLC and Weems Group, LLC

<u>**CERTIFICATE OF COMPLIANCE WITH**</u>
<u>**TYPE-VOLUME LIMIT - FED.R.APP.P. 32(g)**</u>

The undersigned, counsel for plaintiffs and appellants in this appeal, affirms that this document complies with the type-volume limit of Fed.R.App.P 32(a)(7)(b) because, excluding parts of the document exempted by Fed. R. Civ. P. 32(f):

This document contains 330 words as measured by Microsoft Office Word 2016 word processing software.

This document complies with the type face requirements of Fed.R.App.P 32(a)(5) and the type style requirements of Fed.R.App.P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using in Times New Roman, fourteen point font using Microsoft Office Word 2016 word processing software.

DATED: June 15, 2026          BUCHALTER LLP

By: *s / John C. Clough*

JOHN C. CLOUGH
*Attorneys for Plaintiffs and Appellants*
Charles S. Weems, IV, Kerri Weems,
Celebration Global, Inc., Honey Lake
Farms, Inc., NorthStream Management
Group, LLC and Weems Group, LLC

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document entitled Motion to Withdraw as Counsel for Appellants Charles Stovall Weems, IV, Kerri Weems, Celebration Global, Inc. Honey Lake Farms, Inc., NorthStream Management Group, LLP and Weems Group, LLC. All participants registered CM/ECF users will be served by the appellate CM/ECF system. All participants non-registered with CM/ECF system will be served via U.S. Mail. Non-registered participants are:

John A. Carlisle, Esq.
The Liles Firm, PA
50 N. Laura Street, Ste. 1200
Jacksonville, FL 32202

Brian George Kelley, Esq.
Rogers Towers, PA
1301 Riverplace Blvd., Ste. 1500
Jacksonville, FL 32207

Edward McCarthy III, Esq.
Woolsey Morcom, PLLC
203 Fort Wade Road, Ste. 105
Ponte Vedra, FL 32081

Weems Group, LLC
Lisa O. Gunter, Registered Agent
2627 Belfort Road
Jacksonville, FL 32216

Kerri V. Weems
16073 Shellcracker Road
Jacksonville, FL 32226

NorthStream Management Group, LLP
Lisa O. Gunter, Registered Agent
2627 Belfort Road
Jacksonville, FL 32216

Honey Lake Farms, Inc.
Titus D. Gunter, Registered Agent
2627 Belfort Road
Jacksonville, FL 32226

Celebration Global, Inc.
Charles S. Weems IV, Registered Agent
2627 Belfort Road
Jacksonville, FL 32226

Charles S. Weems IV
16073 Shellcracker Road
Jacksonville, FL 32226

I declare under penalty of perjury under the laws of the United States of America that I am a member of the Bar of this Court making service, and this certificate is executed on June 15, 2026, at Los Angeles, California.

_s / John C. Clough_

JOHN C. CLOUGH